# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
TRUSTEES OF THE NMEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL,
AND INDUSTRY FUND; THE TRUSTEES OF
THE NEW YORK CITY CARPENTERS RELIEF
AND CHARITY FUND; THE NEW YORK CITY
AND VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION; and THE
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                     Petitioners,

  -against-

WIN BELLEVILLE, LLC a/k/a WIN
DEVELOPMENT INC.,

                   Respondents.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/19

18 **CIVIL** 5376 (ER)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 12, 2019, petitioners' motion is GRANTED. The arbitration award is confirmed, and judgment is entered in favor of the petitioners in the amount of $37,420.34 against Win Belleville, LLC d/b/a Win Development Inc. plus interest at a rate of 5.75% per annum accruing from May 10, 2018 until the date of entry of judgment, in the amount of $3,259.93, plus $647.50 in attorneys' fees and $75 in costs. This judgment shall accrue post-judgment interest as mandated in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
         November 14, 2019

                                               **RUBY J. KRAJICK**

                                               **Clerk of Court**

                     **BY:** *K Mango*
                                               **Deputy Clerk**